IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. ~~24-mj-99~~ 24-CR-301 |
| | : | |
| JOSHUA BORUM, | : | |
| | : | **VIOLATIONS:** |
| **Defendant.** | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol Building** |
| | : | **or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, JOSHUA BORUM, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States

Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.  The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      Defendant, JOSHUA BORUM, was a member of a group named the American Regulators of which some of its members intended to, and did, travel to Washington, D.C., to, among other things, attend the rally given by then-President Donald Trump at the Ellipse.

9.      Defendant traveled from Windfall, IN, on January 5, 2021, to Washington, D.C. Defendant was a member of a subset of the American Regulators who were designated to provide "security" to the larger American Regulator group that would gather in Washington, D.C., and attend the events of January 6, 2021.  Members of the security subset of the American Regulators were instructed to wear red and black plaid long-sleeve shirts for identification and recognition purposes.

10.     On January 6, 2021, Defendant left the D.C.-area hotel he was staying in and drove into the District.  Defendant was wearing the "security" red-and-black plaid as instructed.  In addition to the distinctive clothing, he was also wearing a ballistic plate carrier, a radio, a military style multicam helmet with a Betsy Ross flag patch on the left and American Flag patch on the top, a red patch with what appeared to be a white emblem on the rear as well as a patch with the word "APOSTLE", sunglasses, woodland camouflage pants, tan gloves with the fingers cut off, and a grey backpack.



Image 1 - Defendant outside the Capitol building

11.     Defendant attended the rally at the Ellipse and the speech given by then-President Trump. Indeed, one of the primary reasons Defendant traveled to D.C. was to attend and listen to then-President Trump's speech. At or about the end of then-President Trump's speech, Defendant, as part of the larger American Regulator group, proceeded to the Capitol grounds. Upon arrival at the Capitol Building, Defendant saw police officers present on the Capitol grounds and proceeded to the Capitol Building. Arriving at the Capitol grounds, Defendant personally saw and heard a commotion at the south side of the Capitol, a fence around the Capitol lawn area, bike-rack fence barricades that had been pushed past, and rioters on the steps and scaffolding at the Capitol.

12.     After arriving at the Capitol grounds, Defendant proceeded, via stairs on the northern half of the Capitol, to the Upper West Terrace.

13.     Prior to Defendant's arrival, the Capitol Building had been breached by rioters. Defendant saw rioters entering and exiting through doors that had been breached by rioters..

14.     Defendant entered the Capitol Building at approximately 2:56 p.m. via the doorway on the northwest side of the Capitol Building. Defendant raised his phone as he entered the Capitol. At the time he entered the Capitol Building, he was using his cell phone.



Image 2 – Defendant (circled in yellow) entering through a door on the northwest side of the Capitol building

15.     After entering the Capitol Building, defendant began to walk through a hallway, continuing to use his phone.



Image 4 -  Defendant in a hallway on the Northwest side of the Capitol building

16.     Uniformed police responding to the riot and breach of the Capitol Building entered the hallway and fired "pepperballs" toward the crowd of people present in the hallway. Following this, defendant turned around and exited through the same door he had previously entered at approximately 3:01 pm. He was in the Capitol Building approximately five minutes.

### *Elements of the Offense*

1.     The parties agree that DISORDERLY CONDUCT IN A CAPITOL BUILDING, 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

   a.  First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings.

   b.  Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c.  Third, the defendant acted willfully and knowingly.

2.     The parties agree that PARADING, DEMONSTRATING, OR PICKETING IN A CAPITOL BUILDING, 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

   a.  First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   b.  Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

3.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that:

   a.  BORUM knew at the time he entered the U.S. Capitol Building that he did not have permission to enter the building, and he did so with the intent to impede, disrupt,

or disturb the orderly conduct of a session of Congress or either House of Congress through his actions on January 6, 2021;

b.   While inside the Capitol Building and Capitol Grounds, BORUM paraded, demonstrated, or picketed;

c.   Because Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, BORUM's presence on Capitol grounds on January 6, 2021, disrupted the orderly conduct of a session of Congress.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   PATRICK HOLVEY  Digitally signed by PATRICK HOLVEY
Date: 2024.06.24 12:53:01 -04'00'
_____
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, JOSHUA BORUM, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 06/23/24

JOSHUA BORUM
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 06/24/2024

LESLIE WINE
Attorney for Defendant