**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Crim. No. 1:24-cr-00301-TNM-01 |
| | ) |
| JOSHUA BORUM, | ) |
|     Defendant. | ) |

**MOTION TO WITHDRAW APPEARANCE**

Leslie D. Wine, Indiana Federal Community Defenders, moves the Court to withdraw her appearance as counsel for the Defendant in this cause. This case is adjudicated.

Respectfully submitted,

*Leslie D. Wine*
Leslie D. Wine
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 28, 2025** a copy of the foregoing **Motion to Withdraw Appearance** was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. **I further certify that I have mailed the foregoing Motion** to Withdraw Attorney Appearance **via first-class mail to the defendant, Joshua Borum** on March 28, 2025**.**

*Leslie D. Wine*
Leslie D. Wine